*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 12/23/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-bk-01827 |
| NIDA MARIE HEDGE ) | Chapter 11 |
| ) | Judge Harrison |
| Debtor. ) | |

### ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

Debtor Nida Marie Hedge (the "Debtor"), has requested this Court, pursuant to 11 U.S.C. § 1112(b), to dismiss the Debtor's Chapter 11 case. No objection or any other response in opposition to the motion was filed by any party in interest. In the Debtor's motion to dismiss, the Debtor represented that (i) she can satisfy her creditors pursuant to the terms of pre-petition contracts or otherwise pursuant to the terms of certain settlement agreements approved by the Court, (ii) she will realize sufficient income to satisfy her ordinary living expenses and any ongoing debt obligations, and (iii) there are no administrative expense creditors that will be prejudiced by dismissal. Accordingly, it appearing that continuing this Chapter 11 case is therefore no longer in the best interests of creditors, it is hereby ORDERED that the motion to dismiss is GRANTED. This Chapter 11 Bankruptcy Case is accordingly dismissed; provided, however, that pursuant to 11 U.S.C. § 349, any settlement approved by the Court pursuant to Federal Rule of Bankruptcy Procedure 9019 shall survive dismissal and remain an obligation of the parties thereto on the terms set forth in such approved settlements.

IT IS SO ORDERED.

---

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

---

APPROVED FOR ENTRY:

/s/ Griffin S. Dunham
Griffin S. Dunham
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, Tennessee 37212
615.933.5850
griffin@dhnashville.com
*Counsel for the Debtor*

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-01827    Doc 107    Filed 12/23/20    Entered 12/23/20 12:58:40    Desc Main
Document    Page 2 of 2